**No. 53533.**—Tropical Craft Corporation, successors to Tropical Craft Import & Export Corporation *v.* United States, protests 132838–K and 132836–K (Tampa).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53534.**—R. H. Macy & Co., Inc. *v.* United States, protests 657671–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53535.**—Sta-Wite, Inc. *v.* United States, protests 137202–K, etc. (Tampa).

Opinion by RAO, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64. C. A. D. 399), the claim of the plaintiff was sustained.